**EXHIBIT C**

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Haydee M. Lilly**  _____   Case No. _____
                                        Debtor(s)        Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| Creditor's Name:<br>Bac Home Loans Servici | Describe Property Securing Debt:<br>1428 Park-Shore Circle<br>Apartment 2,<br>Fort Myers FL 33901<br>Debtor will surrender<br>Case Number: 09-CA-050728<br>Case Number: 09-CA-068547 |

Property will be (check one):
   ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| Creditor's Name:<br>Gmac Mortgage Llc | Describe Property Securing Debt:<br>1428 Park-Shore Circle<br>Apartment 2,<br>Fort Myers FL 33901<br>Debtor will surrender<br>Case Number: 09-CA-050728<br>Case Number: 09-CA-068547 |

Property will be (check one):
   ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                    ■ Not claimed as exempt