# COMPOSITE EXHIBIT H

SXJ62E6871R-00C



Bayview Loan Servicing, LLC
P.O. Box 650091
Dallas, TX 75265-0091
www.bayviewloanservicing.com

# Mortgage Statement

Statement Date: 03/16/17

1.877.251.0990

6958

Haydee M Lilly
Apt 108
5336 Hawks Landing Dr
Fort Myers, FL 33907

| | |
|---|---|
| Account Number | ■7952 |
| Payment Date | 07/01/08 |
| **Total Amount** | **$135,960.34** |

## Bankruptcy Notice

Our records reflect that you are presently a debtor in an active bankruptcy case or you previously received a discharge in bankruptcy. This statement is being sent to you for informational purposes only. It should not be construed as an attempt to collect a debt against you personally. However, we retain our rights under the security instrument, including the right to foreclose our lien.

## Account Information

| | |
|---|---|
| Outstanding Principal Balance | $162,748.11 |
| Deferred Amount | $0.00 |
| Interest Rate | 7% |
| Interest Rate Change Date | 06/01/17 |
| Prepayment Penalty | N |
| Unapplied Funds | $0.00 |

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $127.60 |
| Interest | $890.12 |
| Escrow (Taxes and Insurance) | $123.94 |
| **Regular Monthly Payment** | **$1,141.66** |
| Total Fees & Charges | $4,961.21 |
| Unpaid Past Payments | $129,857.47 |
| **Total Amount*** | **$135,960.34** |

Payments will be applied in order that they become due (oldest first) unless bankruptcy or other court ordered payment plan is in place.
*Total amount due may not include recoverable fees not yet charged to the account, and may not include unapplied funds/totals not yet applied to the account.

## Transaction Activity (02/17/17 to 03/16/17)

| Date | Description | DEBITS | CREDITS |
|---|---|---|---|
| 02/24 | Property Inspection | 11.00 | |

## Past Payments Breakdown

| | Paid Last Bill | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Fees & Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)** | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Important Messages

****Partial Payments:** Any partial payment that you make is not applied to your mortgage payment, but instead is held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

*This is your Principal Balance only, not the amount required to pay your loan in full. Please contact Customer Service for your exact payoff balance. In the event you are in default or foreclosure, you must contact 1.877.251.0990 for payoff information.

## **Delinquency Notice**

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure – the loss of your home. As of 03/16/17 you are 3180 days delinquent on your mortgage.

*Recent Account History:*

- Payment due: 10/01/16: Unpaid balance of $1,089.02
- Payment due: 11/01/16: Unpaid balance of $1,089.02
- Payment due: 12/01/16: Unpaid balance of $1,089.02
- Payment due: 01/01/17: Unpaid balance of $1,110.51
- Payment due: 02/01/17: Unpaid balance of $1,110.51
- Payment due: 03/01/17: Unpaid balance of $1,141.66
- Current payment due 07/01/08: $1,141.66
- **Total: $135,960.34 due.**

**If you are experiencing Financial Difficulty: See Back for information about mortgage counseling or assistance.**

Please be advised, we have made the first notice or filing required by applicable law to start the judicial or non-judicial foreclosure process.

Your Point of Contact is GEORGE BRAMNIK and can be reached on 877-237-3127.

BAYVIEW LOAN SERVICING, LLC
PO BOX 650091
DALLAS, TX 75265-0091

Please include the loan number on your check. If we cannot clearly associate the check with a single loan, it may delay or prohibit us from crediting your account.

**Borrower HAYDEE M LILLY**
**Loan Number ■7952**
**Total Amount $135,960.34**

If you are currently a party in a bankruptcy case and you choose to make a voluntary payment, detach and return bottom remittance portion with your payment. Make checks payable to Bayview Loan Servicing.

**Payment Due 07/01/08**

BAYVIEW LOAN SERVICING, LLC
PO BOX 650091
DALLAS, TX 75265-0091

Please indicate additional funds. Excess funds received by BLS without explicit application instructions, will be posted based on BLS internal payment hierarchy, which is driven by your loan documents and/or applicable law.

| | |
|---|---|
| **Additional Principal** | $ . |
| **Additional Escrow** | $ . |
| **Other ________** | $ . |
| **Total Amount Sent** (Please do not send cash) | $ . |

☐ Check here if your address/telephone number has changed and fill out form on reverse side.

Make check payable to Bayview Loan Servicing.

Please do not write below this line. Servicing Code: MSP

## How to contact us

www.bayviewloanservicing.com

***The below mailing address must be used for all Error Notices and Information Requests:***
**Bayview Loan Servicing, LLC**
**Customer Service Department**
**4425 Ponce De Leon Blvd., 5th Floor**
**Coral Gables, FL 33146**

**Customer Service**
Mon – Fri 8:00 am to 9:00 pm ET
Telephone: 1.877.251.0990
**Fax: 305.631.5660**

**Loan Counseling**
Mon – Fri 8:00 am to 12:00 am ET
Saturday 8:00 am to 5:00 pm ET
**Telephone: 1.888.326.7191**

**Mail payments to:**
Bayview Loan Servicing, LLC
PO Box 650091
Dallas, TX 75265-0091

**Overnight Payment or Certified Payoff Funds:**
Bayview Loan Servicing, LLC
PO Box 650091
Dallas, TX 75265-0091

**Payoff Request:**
Bayview Loan Servicing
Payoff Department
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146
Fax: 305.644.8102

**Homeowner's Insurance Inquiries**
Mon – Fri 8:00 AM – 7:00 PM ET
**Telephone: 877-826-4419**
**Fax: 248-824-7960**

**Real Estate Tax Bills:**
Bayview Loan Servicing, LLC
Tax Department
P.O. Box 331409
Miami, FL 33233-1409
Fax: 305.644.8104

**Insurance or Binder:**
Bayview Loan Servicing, LLC, its successors and/or assigns
PO Box 5933
Troy, MI 48007-5933
Telephone: 877.826.4419
Fax: 248.824.7960

## Additional Payment Methods

Please include your Bayview loan number on all remittance

| | |
|---|---|
| ***Western Union Quick Collect:** | Code City: BFTG Code State: FL (Locate the agent nearest you by calling 1.800.525.6313, or visiting www.westernunion.com) |
| ***MoneyGram:** | Receive Code: 13910 1-800-555-3133; 7 days a week, 24 hours a day |
| ***Wire:** | JP Morgan Chase New York, NY ABA #: 021000021 Account No.: 447450847 |
| **Certified Funds Overnight Mailing Address:** | Bayview Loan Servicing, LLC PO Box 650091 Dallas, TX 75265-0091 |
| ****By Phone:** | 1.877.251.0990 |

**Fees may be imposed by money transmitter.*
***Fees may be imposed by money transmitter; to the extent a fee is imposed, the fee will be $0.50.*

For your convenience, you may have your payment automatically debited every month from the checking or savings account of your choice. To participate in Auto Pay, Bayview's automatic debit program, visit www.bayviewloanservicing.com/autopay.

## Credit Reporting

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

## Payment Handling

We reserve the right to electronically collect your eligible payment checks, at first presentment and any additional presentment, from the bank account on which the check was drawn. Our receipt of your payment check is authorization for us to collect the amount of the check electronically, or if needed by draft drawn against the bank account. Checks will be collected electronically by sending the check amount along with the check, routing and account numbers to your bank. Your bank account may be debited as early as the same day we receive your payment. The original check will be destroyed and an image maintained for our records.

## Free HUD-approved counseling

If you need further counseling, you can call the Homeowner's HOPE Hotline at 1.888.995.HOPE (4673) or contact us at http://www.consumerfinance.gov/mortgagehelp/. The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.

**National Schedule of Fees**

| FEE DESCRIPTION | FEE AMOUNT |
|---|---|
| Appraisal<br>An expense charged to the loan to determine the value of the property, which includes an interior inspection of the property. | $350 to $550. |
| Assumption<br>Charge for the work involved with processing a new buyer that is assuming the terms of an existing loan. | 1% of the UPB or $250, whichever i greater. |
| Bankruptcy Fees and Costs | $0 to $5,000 |
| BPO<br>An expense charged to the loan in which a broker's price opinion will be used to determine the value of a property on a delinquent loan. | $0 to $125 |
| Foreclosure Fees and Costs | $0 to $5,000 |
| Late Charge<br>Assessed for payments received after the due date and expiration of any applicable grace period per the loan documents. | As stated in the loan documents, subject to state law requirements. |
| Litigation Fees and Costs | Varies depending on the circumstances and is not always charged to the customer's loan, anc but is $0 to $50,000. |
| Non-Sufficient Funds Fee<br>Fee assessed on payments/checks received that are not honored due to insufficient funds. | $0 to $40, or maximum permitted b state law. |
| Partial Release<br>Charge for the processing the release of a portion of the mortgaged property. | Loan balance $300,000 or less – $C loan balance greater than $300,000 less than $750,000 - $500; loan balance greater than $750,000 - $1,000 |
| Pay-by-Phone, Web and IVR Payment Fee<br>Fee charged for processing a payment that is not made within five days of the contractual due date via www.bayviewloanservicing.com or the interactive voice response unit. | $0 to $1.75, subject to state law requirements. |
| Pre-Foreclosure Notice Registration Fee | $0 to $75, subject to state law requirements. |
| Priority Processing (Overnight Delivery)<br>Fee charged if customer requests expedited service. | $0 - $15 |
| Property Inspection | $10 - $15 |
| Property Preservation Fee<br>An expense charged to the loan to ensure that the condition an appearance of the property are maintained satisfactorily. | $0 to $2,500 and $0 to $110 for grass cuts. |
| Title Search<br>An expense charged to the loan for a detailed examination of the historical records concerning the property. | $0 to $500 |
| Quick Payment Fees | $5 |
| Loan Modification Fee | $0 |
| Loss Mitigation Fee | $0 |
| Breach Letter Fees | $0 |

**Other Fees Charged (And fees not included above)**

| FEE DESCRIPTION | TO |
|---|---|
| Amortization Schedule | $0 |
| Deed of Trust Copy | $0 |
| Document Copy | $0 |
| Loan History | $0 |
| Prepayment Penalty | Per Note |
| Release Recording - Residential | $0 |
| Subordination | $0 |
| Verification of Mortgage for Third Party Requests | $0 |

This chart contains a list of common servicing fees. You may incur additional fees if, for example, your loan becomes delinquent or is subject to litigation (e.g. condemnation proceeding). Such fees may include, but are not limited to, court costs and attorney fees. These fees will vary with the circumstances of the case and the nature of the work performed
**Bayview Loan Servicing, LLC. NMLS #2469**

© 2011 Bayview Loan Servicing, LLC all rights reserved

**Has your address or telephone number changed? Is your social security number incorrect?**
If so, please complete this and check the box on the front of the coupon.

**Mailing Address:** ______________________

**City:** ______________ **State:** ______________ **Zip:** ______________

**Home Phone:** ( ) ______________ **Business Phone:** ( ) ______________

**Customer Name:** *Please Print* ______________ **Social Security Number:** ______________

**Customer Name:** *Please Print* ______________ **Social Security Number:** ______________

**Customer Signature:** ______________ **Customer Signature:** ______________

**Date:** ______________ **Date:** ______________

SXJ5256571R-03C



Bayview Loan Servicing, LLC
P.O. Box 650091
Dallas, TX 75265-0091
www.bayviewloanservicing.com

# Mortgage Statement

Statement Date: 02/16/17

1.877.251.0990

3986

Haydee M Lilly
Apt 108
5336 Hawks Landing Dr
Fort Myers, FL 33907

| | |
|---|---|
| Account Number | [redacted]7952 |
| Payment Date | 07/01/08 |
| **Total Amount** | **$134,807.68** |

## Bankruptcy Notice

Our records reflect that you are presently a debtor in an active bankruptcy case or you previously received a discharge in bankruptcy. This statement is being sent to you for informational purposes only. It should not be construed as an attempt to collect a debt against you personally. However, we retain our rights under the security instrument, including the right to foreclose our lien.

## Account Information

| | |
|---|---|
| Outstanding Principal Balance | $162,748.11 |
| Deferred Amount | $0.00 |
| Interest Rate | 7% |
| Interest Rate Change Date | 06/01/17 |
| Prepayment Penalty | N |
| Unapplied Funds | $0.00 |

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $126.86 |
| Interest | $890.86 |
| Escrow (Taxes and Insurance) | $123.94 |
| **Regular Monthly Payment** | **$1,141.66** |
| Total Fees & Charges | $4,950.21 |
| Unpaid Past Payments | $128,715.81 |
| **Total Amount*** | **$134,807.68** |

Payments will be applied in order that they become due (oldest first) unless bankruptcy or other court ordered payment plan is in place.
*Total amount due may not include recoverable fees not yet charged to the account, and may not include unapplied funds/totals not yet applied to the account.

## Transaction Activity (01/17/17 to 02/16/17)

| Date | Description | DEBITS | CREDITS |
|---|---|---|---|
| 01/29 | Prior Servicer Balance | -4878.50 | |
| 01/30 | Prior Servicer Balance | | 9944.50 |

**Additional Transaction Activity may be found on Page 3*

## Past Payments Breakdown

| | Paid Last Bill | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Fees & Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)** | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Important Messages

****Partial Payments:** Any partial payment that you make is not applied to your mortgage payment, but instead is held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

*This is your Principal Balance only, not the amount required to pay your loan in full. Please contact Customer Service for your exact payoff balance. In the event you are in default or foreclosure, you must contact 1.877.251.0990 for payoff information.

## **Delinquency Notice**

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure – the loss of your home. As of 02/16/17 you are 3152 days delinquent on your mortgage.

*Recent Account History:*

- Payment due: 09/01/16: Unpaid balance of $1,089.02
- Payment due: 10/01/16: Unpaid balance of $1,089.02
- Payment due: 11/01/16: Unpaid balance of $1,089.02
- Payment due: 12/01/16: Unpaid balance of $1,089.02
- Payment due: 01/01/17: Unpaid balance of $1,110.51
- Payment due: 02/01/17: Unpaid balance of $1,110.51
- Current payment due 07/01/08: $1,141.66
- **Total: $134,807.68 due.**

**If you are experiencing Financial Difficulty: See Back for information about mortgage counseling or assistance.**

Please be advised, we have made the first notice or filing required by applicable law to start the judicial or non-judicial foreclosure process.

Your Point of Contact is GEORGE BRAMNIK and can be reached on 877-237-3127.

BAYVIEW LOAN SERVICING, LLC
PO BOX 650091
DALLAS, TX 75265-0091

Please include the loan number on your check. If we cannot clearly associate the check with a single loan, it may delay or prohibit us from crediting your account.

Borrower HAYDEE M LILLY
Loan Number [redacted]7952
Total Amount $134,807.68

If you are currently a party in a bankruptcy case and you choose to make a voluntary payment, detach and return bottom remittance portion with your payment. Make checks payable to Bayview Loan Servicing.

**Payment Due 07/01/08**

BAYVIEW LOAN SERVICING, LLC
PO BOX 650091
DALLAS, TX 75265-0091

Please indicate additional funds. Excess funds received by BLS without explicit application instructions, will be posted based on BLS internal payment hierarchy, which is driven by your loan documents and/or applicable law.

| | |
|---|---|
| Additional Principal | $ . |
| Additional Escrow | $ . |
| Other ________ | $ . |
| Total Amount Sent (Please do not send cash) | $ . |

☐ Check here if your address/telephone number has changed and fill out form on reverse side.

Make check payable to Bayview Loan Servicing.

Please do not write below this line. Servicing Code: MSP

## How to contact us

www.bayviewloanservicing.com

*The below mailing address must be used for all Error Notices and Information Requests:*
Bayview Loan Servicing, LLC
Customer Service Department
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146

**Customer Service**
Mon – Fri 8:00 am to 9:00 pm ET
Telephone: 1.877.251.0990
Fax: 305.631.5660

**Loan Counseling**
Mon – Fri 8:00 am to 12:00 am ET
Saturday 8:00 am to 5:00 pm ET
Telephone: 1.888.326.7191

**Mail payments to:**
Bayview Loan Servicing, LLC
PO Box 650091
Dallas, TX 75265-0091

**Overnight Payment or Certified Payoff Funds:**
Bayview Loan Servicing, LLC
PO Box 650091
Dallas, TX 75265-0091

**Payoff Request:**
Bayview Loan Servicing
Payoff Department
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146
Fax: 305.644.8102

**Homeowner's Insurance Inquiries**
Mon – Fri 8:00 AM – 7:00 PM ET
Telephone: 877-826-4419
Fax: 248-824-7960

**Real Estate Tax Bills:**
Bayview Loan Servicing, LLC
Tax Department
P.O. Box 331409
Miami, FL 33233-1409
Fax: 305.644.8104

**Insurance or Binder:**
Bayview Loan Servicing, LLC, its successors and/or assigns
PO Box 5933
Troy, MI 48007-5933
Telephone: 877.826.4419
Fax: 248.824.7960

## Additional Payment Methods

Please include your Bayview loan number on all remittance

| | |
|---|---|
| *Western Union Quick Collect: | Code City: BFTG Code State: FL (Locate the agent nearest you by calling 1.800.525.6313, or visiting www.westernunion.com) |
| *MoneyGram: | Receive Code: 13910 1-800-555-3133; 7 days a week, 24 hours a day |
| *Wire: | JP Morgan Chase New York, NY ABA #: 021000021 Account No.: 447450847 |
| Certified Funds Overnight Mailing Address: | Bayview Loan Servicing, LLC PO Box 650091 Dallas, TX 75265-0091 |
| **By Phone: | 1.877.251.0990 |

**Fees may be imposed by money transmitter.*
***Fees may be imposed by money transmitter; to the extent a fee is imposed, the fee will be $0.50.*

For your convenience, you may have your payment automatically debited every month from the checking or savings account of your choice. To participate in Auto Pay, Bayview's automatic debit program, visit www.bayviewloanservicing.com/autopay.

## Credit Reporting

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

## Payment Handling

We reserve the right to electronically collect your eligible payment checks, at first presentment and any additional presentment, from the bank account on which the check was drawn. Our receipt of your payment check is authorization for us to collect the amount of the check electronically, or if needed by draft drawn against the bank account. Checks will be collected electronically by sending the check amount along with the check, routing and account numbers to your bank. Your bank account may be debited as early as the same day we receive your payment. The original check will be destroyed and an image maintained for our records.

## Free HUD-approved counseling

If you need further counseling, you can call the Homeowner's HOPE Hotline at 1.888.995.HOPE (4673) or contact us at http://www.consumerfinance.gov/mortgagehelp/. The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.

© 2011 Bayview Loan Servicing, LLC all rights reserved

### National Schedule of Fees

| FEE DESCRIPTION | FEE AMOUNT |
|---|---|
| Appraisal<br>An expense charged to the loan to determine the value of the property, which includes an interior inspection of the property. | $350 to $550. |
| Assumption<br>Charge for the work involved with processing a new buyer that is assuming the terms of an existing loan. | 1% of the UPB or $250, whichever greater. |
| Bankruptcy Fees and Costs | $0 to $5,000 |
| BPO<br>An expense charged to the loan in which a broker's price opinion will be used to determine the value of a property on a delinquent loan. | $0 to $125 |
| Foreclosure Fees and Costs | $0 to $5,000 |
| Late Charge<br>Assessed for payments received after the due date and expiration of any applicable grace period per the loan documents. | As stated in the loan documents, subject to state law requirements. |
| Litigation Fees and Costs | Varies depending on the circumstances and is not always charged to the customer's loan, an but is $0 to $50,000. |
| Non-Sufficient Funds Fee<br>Fee assessed on payments/checks received that are not honored due to insufficient funds. | $0 to $40, or maximum permitted b state law. |
| Partial Release<br>Charge for the processing the release of a portion of the mortgaged property | Loan balance $300,000 or less – $ loan balance greater than $300,00 less than $750,000 - $500; loan balance greater than $750,000 - $1,000 |
| Pay-by-Phone, Web and IVR Payment Fee<br>Fee charged for processing a payment that is not made within five days of the contractual due date via www.bayviewloanservicing.com or the interactive voice response unit. | $0 to $1.75, subject to state law requirements. |
| Pre-Foreclosure Notice Registration Fee | $0 to $75, subject to state law requirements. |
| Priority Processing (Overnight Delivery)<br>Fee charged if customer requests expedited service. | $0 - $15 |
| Property Inspection | $10 - $15 |
| Property Preservation Fee<br>An expense charged to the loan to ensure that the condition an appearance of the property are maintained satisfactorily. | $0 to $2,500 and $0 to $110 for grass cuts. |
| Title Search<br>An expense charged to the loan for a detailed examination of the historical records concerning the property. | $0 to $500 |
| Quick Payment Fees | $5 |
| Loan Modification Fee | $0 |
| Loss Mitigation Fee | $0 |
| Breach Letter Fees | $0 |

### Other Fees Charged (And fees not included above)

| FEE DESCRIPTION | TO |
|---|---|
| Amortization Schedule | $0 |
| Deed of Trust Copy | $0 |
| Document Copy | $0 |
| Loan History | $0 |
| Prepayment Penalty | Per Note |
| Release Recording - Residential | $0 |
| Subordination | $0 |
| Verification of Mortgage for Third Party Requests | $0 |

This chart contains a list of common servicing fees. You may incur additional fees if, for example, your loan becomes delinquent or is subject to litigation (e.g. condemnation proceeding). Such fees may include, but are not limited to, court costs and attorney fees. These fees will vary with the circumstances of the case and the nature of the work performed.
**Bayview Loan Servicing, LLC. NMLS #2469**

---

**Has your address or telephone number changed? Is your social security number incorrect?**
If so, please complete this and check the box on the front of the coupon.

Mailing Address: ______________________

City: ____________ State: ____________ Zip: ____________

Home Phone: ( ) ____________ Business Phone: ( ) ____________

Customer Name: *Please Print* ____________ Social Security Number: ____________

Customer Name: *Please Print* ____________ Social Security Number: ____________

Customer Signature: ____________ Customer Signature: ____________

Date: ____________ Date: ____________

SXJ6286571R-00C




Bayview Loan Servicing, LLC
P.O. Box 650091
Dallas, TX 75265-0091
www.bayviewloanservicing.com

## Mortgage Statement

Statement Date: 02/16/17

| | |
|---|---|
| Account Number | [redacted]7952 |
| Payment Date | 07/01/08 |
| **Total Amount** | **$134,807.68** |

**Transaction Activity (01/17/17 to 02/16/17)**

| Date | Description | DEBITS | CREDITS |
|---|---|---|---|
| 01/30 | Property Inspection | | 15.00 |
| 01/30 | Property Inspection | | 15.00 |
| 01/30 | Property Inspection | | 15.00 |
| 01/30 | Broker Price Fee | | 89.00 |
| 01/30 | Property Inspection | | 15.00 |
| 01/30 | Property Inspection | | 311.00 |
| 01/30 | Property Inspection | -311.00 | |
| 01/30 | Property Inspection | | 15.00 |
| 01/30 | Property Inspection | | 15.00 |
| 01/30 | Property Inspection | | 15.00 |
| 01/30 | Property Preservation | | 41.30 |
| 01/30 | Non-Foreclosure Title Fee | | 650.00 |
| 01/30 | Property Preservation | | 1254.50 |
| 01/30 | Property Inspection | | 311.00 |
| 01/30 | Foreclosure Cost | | 1774.00 |
| 01/30 | Foreclosure Attorney Fee | | 1300.00 |
| 01/30 | Prior Servicer Balance | -9944.50 | |
| 01/30 | Property Inspection | | 15.00 |
| 01/30 | Property Inspection | | 15.00 |
| 01/30 | Property Inspection | -15.00 | |
| 01/30 | Property Inspection | | 15.00 |
| 01/30 | Property Preservation | | 41.30 |
| 01/30 | Property Preservation | -82.60 | |
| 01/30 | Property Inspection | | 15.00 |
| 01/30 | Property Inspection | -15.00 | |
| 01/30 | Broker Price Fee | -89.00 | |
| 01/30 | Property Inspection | | 15.00 |
| 01/30 | Property Inspection | | 15.00 |
| 01/30 | Property Inspection | -15.00 | |
| 01/30 | Property Inspection | | 15.00 |
| 01/30 | Property Inspection | -15.00 | |
| 01/30 | Property Inspection | | 15.00 |
| 01/30 | Property Inspection | -15.00 | |
| 01/30 | Property Inspection | | 15.00 |
| 01/30 | Property Inspection | -15.00 | |
| 01/30 | Broker Price Fee | | 89.00 |
| 01/30 | Property Inspection | -15.00 | |
| 01/30 | Property Inspection | -15.00 | |
| 01/30 | Property Inspection | -15.00 | |
| 01/30 | Property Inspection | | 15.00 |
| 01/30 | Non-Foreclosure Title Fee | -650.00 | |
| 01/30 | Property Inspection | -15.00 | |
| 01/30 | Broker Price Fee | | 89.00 |
| 01/30 | Property Inspection | | 15.00 |
| 01/30 | Property Inspection | | 15.00 |
| 01/30 | Property Inspection | | 15.00 |
| 01/30 | Property Inspection | -15.00 | |
| 01/30 | Property Inspection | | 15.00 |
| 01/30 | Property Inspection | -15.00 | |
| 01/30 | Property Inspection | | 15.00 |
| 01/30 | Property Inspection | -15.00 | |
| 01/30 | Property Inspection | | 15.00 |
| 01/30 | Property Inspection | -15.00 | |
| 01/30 | Property Inspection | | 15.00 |
| 01/30 | Property Inspection | -15.00 | |
| 01/30 | Broker Price Fee | -89.00 | |
| 01/30 | Property Inspection | | 15.00 |
| 01/30 | Property Inspection | -15.00 | |
| 01/30 | Property Inspection | | 15.00 |
| 01/30 | Property Inspection | | 15.00 |
| 01/30 | Property Inspection | -15.00 | |
| 02/02 | Property Inspection | 11.00 | |

SXJ6268671R-06C

BAYVIEW® LOAN SERVICING

Bayview Loan Servicing, LLC
P.O. Box 650091
Dallas, TX 75265-0091
www.bayviewloanservicing.com

# Mortgage Statement

Statement Date: 12/20/16

1.877.251.0990

3415

Haydee M Lilly
Apt 108
5336 Hawks Landing Dr
Fort Myers, FL 33907

| | |
|---|---|
| Account Number | [redacted]7952 |
| Payment Date | 07/01/08 |
| **Total Amount** | **$132,544.51** |

## Bankruptcy Notice

Our records reflect that you are presently a debtor in an active bankruptcy case or you previously received a discharge in bankruptcy. This statement is being sent to you for informational purposes only. It should not be construed as an attempt to collect a debt against you personally. However, we retain our rights under the security instrument, including the right to foreclose our lien.

## Account Information

| | |
|---|---|
| Outstanding Principal Balance | $162,748.11 |
| Deferred Amount | $0.00 |
| Interest Rate | 7% |
| Interest Rate Change Date | 06/01/17 |
| Prepayment Penalty | N |
| Unapplied Funds | $0.00 |

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $125.39 |
| Interest | $892.33 |
| Escrow (Taxes and Insurance) | $92.79 |
| **Regular Monthly Payment** | **$1,110.51** |
| Total Fees & Charges | $4,939.21 |
| Unpaid Past Payments | $126,494.79 |
| **Total Amount*** | **$132,544.51** |

Payments will be applied in order that they become due (oldest first) unless bankruptcy or other court ordered payment plan is in place.
*Total amount due may not include recoverable fees not yet charged to the account, and may not include unapplied funds/totals not yet applied to the account.

## Transaction Activity (12/17/16 to 12/20/16)

| Date | Description | DEBITS | CREDITS |
|---|---|---|---|
| 12/20 | Property Inspection | 11.00 | |

## Past Payments Breakdown

| | Paid Last Bill | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Fees & Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)** | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Important Messages

****Partial Payments:** Any partial payment that you make is not applied to your mortgage payment, but instead is held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

*This is your Principal Balance only, not the amount required to pay your loan in full. Please contact Customer Service for your exact payoff balance. In the event you are in default or foreclosure, you must contact 1.877.251.0990 for payoff information.

## **Delinquency Notice**

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure – the loss of your home. As of 12/20/16 you are 3094 days delinquent on your mortgage.

*Recent Account History:*

- Payment due: 07/01/16: Unpaid balance of $1,089.02
- Payment due: 08/01/16: Unpaid balance of $1,089.02
- Payment due: 09/01/16: Unpaid balance of $1,089.02
- Payment due: 10/01/16: Unpaid balance of $1,089.02
- Payment due: 11/01/16: Unpaid balance of $1,089.02
- Payment due: 12/01/16: Unpaid balance of $1,089.02
- Current payment due 07/01/08: $1,110.51
- **Total: $132,544.51 due.**

**If you are experiencing Financial Difficulty: See Back for information about mortgage counseling or assistance.**

Please be advised, we have made the first notice or filing required by applicable law to start the judicial or non-judicial foreclosure process.

BAYVIEW LOAN SERVICING, LLC
PO BOX 650091
DALLAS, TX 75265-0091

Please include the loan number on your check. If we cannot clearly associate the check with a single loan, it may delay or prohibit us from crediting your account.

Borrower HAYDEE M LILLY
Loan Number [redacted]7952
Total Amount $132,544.51

If you are currently a party in a bankruptcy case and you choose to make a voluntary payment, detach and return bottom remittance portion with your payment. Make checks payable to Bayview Loan Servicing.

Payment Due 07/01/08

BAYVIEW LOAN SERVICING, LLC
PO BOX 650091
DALLAS, TX 75265-0091

Please indicate additional funds. Excess funds received by BLS without explicit application instructions, will be posted based on BLS internal payment hierarchy, which is driven by your loan documents and/or applicable law.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Other ________ | $ |
| Total Amount Sent (Please do not send cash) | $ |

Make check payable to Bayview Loan Servicing.

☐ Check here if your address/telephone number has changed and fill out form on reverse side.

Please do not write below this line. Servicing Code: MSP

## How to contact us

www.bayviewloanservicing.com

***The below mailing address must be used for all Error Notices and Information Requests:***

**Bayview Loan Servicing, LLC**
**Customer Service Department**
**4425 Ponce De Leon Blvd., 5th Floor**
**Coral Gables, FL 33146**

**Customer Service**
Mon – Fri 8:00 am to 9:00 pm ET
Telephone: 1.877.251.0990
Fax: 305.631.5660

**Loan Counseling**
Mon – Fri 8:00 am to 12:00 am ET
Saturday 8:00 am to 5:00 pm ET
Telephone: 1.888.326.7191

**Mail payments to:**
Bayview Loan Servicing, LLC
PO Box 650091
Dallas, TX 75265-0091

**Overnight Payment or Certified Payoff Funds:**
Bayview Loan Servicing, LLC
PO Box 650091
Dallas, TX 75265-0091

**Payoff Request:**
Bayview Loan Servicing
Payoff Department
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146
Fax: 305.644.8102

**Homeowner's Insurance Inquiries**
Mon – Fri 8:00 AM – 7:00 PM ET
Telephone: 877-826-4419
Fax: 248-824-7960

**Real Estate Tax Bills:**
Bayview Loan Servicing, LLC
Tax Department
P.O. Box 331409
Miami, FL 33233-1409
Fax: 305.644.8104

**Insurance or Binder:**
Bayview Loan Servicing, LLC, its successors and/or assigns
PO Box 5933
Troy, MI 48007-5933
Telephone: 877.826.4419
Fax: 248.824.7960

## Additional Payment Methods

Please include your Bayview loan number on all remittance

| | |
|---|---|
| ***Western Union Quick Collect:** | Code City: BFTG Code State: FL (Locate the agent nearest you by calling 1.800.525.6313, or visiting www.westernunion.com) |
| ***MoneyGram:** | Receive Code: 13910 1-800-555-3133; 7 days a week, 24 hours a day |
| ***Wire:** | JP Morgan Chase New York, NY ABA #: 021000021 Account No.: 447450847 |
| **Certified Funds Overnight Mailing Address:** | Bayview Loan Servicing, LLC PO Box 650091 Dallas, TX 75265-0091 |
| ****By Phone:** | 1.877.251.0990 |

**Fees may be imposed by money transmitter.*
***Fees may be imposed by money transmitter; to the extent a fee is imposed, the fee will be $0.50.*

For your convenience, you may have your payment automatically debited every month from the checking or savings account of your choice. To participate in Auto Pay, Bayview's automatic debit program, visit www.bayviewloanservicing.com/autopay.

## Credit Reporting

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

## Payment Handling

We reserve the right to electronically collect your eligible payment checks, at first presentment and any additional presentment, from the bank account on which the check was drawn. Our receipt of your payment check is authorization for us to collect the amount of the check electronically, or if needed by draft drawn against the bank account. Checks will be collected electronically by sending the check amount along with the check, routing and account numbers to your bank. Your bank account may be debited as early as the same day we receive your payment. The original check will be destroyed and an image maintained for our records.

## Free HUD-approved counseling

If you need further counseling, you can call the Homeowner's HOPE Hotline at 1.888.995.HOPE (4673) or contact us at http://www.consumerfinance.gov/mortgagehelp/. The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.

**National Schedule of Fees**

| FEE DESCRIPTION | FEE AMOUNT |
|---|---|
| Appraisal<br>An expense charged to the loan to determine the value of the property, which includes an interior inspection of the property. | $350 to $550. |
| Assumption<br>Charge for the work involved with processing a new buyer that is assuming the terms of an existing loan. | 1% of the UPB or $250, whichever i greater. |
| Bankruptcy Fees and Costs | $0 to $5,000 |
| BPO<br>An expense charged to the loan in which a broker's price opinion will be used to determine the value of a property on a delinquent loan. | $0 to $125 |
| Foreclosure Fees and Costs | $0 to $5,000 |
| Late Charge<br>Assessed for payments received after the due date and expiration of any applicable grace period per the loan documents. | As stated in the loan documents, subject to state law requirements. |
| Litigation Fees and Costs | Varies depending on the circumstances and is not always charged to the customer's loan, anc but is $0 to $50,000. |
| Non-Sufficient Funds Fee<br>Fee assessed on payments/checks received that are not honored due to insufficient funds. | $0 to $40, or maximum permitted b state law. |
| Partial Release<br>Charge for the processing the release of a portion of the mortgaged property. | Loan balance $300,000 or less – $C loan balance greater than $300,00C less than $750,000 - $500; loan balance greater than $750,000 - $1,000 |
| Pay-by-Phone, Web and IVR Payment Fee<br>Fee charged for processing a payment that is not made within five days of the contractual due date via www.bayviewloanservicing.com or the interactive voice response unit. | $0 to $1.75, subject to state law requirements. |
| Pre-Foreclosure Notice Registration Fee | $0 to $75, subject to state law requirements. |
| Priority Processing (Overnight Delivery)<br>Fee charged if customer requests expedited service. | $0 - $15 |
| Property Inspection | $10 - $15 |
| Property Preservation Fee<br>An expense charged to the loan to ensure that the condition an appearance of the property are maintained satisfactorily. | $0 to $2,500 and $0 to $110 for grass cuts. |
| Title Search<br>An expense charged to the loan for a detailed examination of the historical records concerning the property. | $0 to $500 |
| Quick Payment Fees | $5 |
| Loan Modification Fee | $0 |
| Loss Mitigation Fee | $0 |
| Breach Letter Fees | $0 |

**Other Fees Charged (And fees not included above)**

| FEE DESCRIPTION | TO |
|---|---|
| Amortization Schedule | $0 |
| Deed of Trust Copy | $0 |
| Document Copy | $0 |
| Loan History | $0 |
| Prepayment Penalty | Per Note |
| Release Recording - Residential | $0 |
| Subordination | $0 |
| Verification of Mortgage for Third Party Requests | $0 |

This chart contains a list of common servicing fees. You may incur additional fees if, for example, your loan becomes delinquent or is subject to litigation (e.g. condemnation proceeding). Such fees may include, but are not limited to, court costs and attorney fees. These fees will vary with the circumstances of the case and the nature of the work performed.
**Bayview Loan Servicing, LLC. NMLS #2469**

© 2011 Bayview Loan Servicing, LLC all rights reserved

**Has your address or telephone number changed? Is your social security number incorrect?**
**If so, please complete this and check the box on the front of the coupon.**

**Mailing Address:** ______________________________

**City:** ______________ **State:** ______________ **Zip:** ______________

**Home Phone:** ( ) ______________ **Business Phone:** ( ) ______________

**Customer Name:** *Please Print* ______________ **Social Security Number:** ______________

**Customer Name:** *Please Print* ______________ **Social Security Number:** ______________

**Customer Signature:** ______________ **Customer Signature:** ______________

**Date:** ______________ **Date:** ______________

SXJ6286671R-03C



Bayview Loan Servicing, LLC
P.O. Box 650091
Dallas, TX 75265-0091
www.bayviewloanservicing.com

**Mortgage Statement**

Statement Date: 12/16/16

1.877.251.0990

10685

Haydee M Lilly
Apt 108
5336 Hawks Landing Dr
Fort Myers, FL 33907

| | |
|---|---|
| Account Number | [redacted]7952 |
| Payment Date | 07/01/08 |
| **Total Amount** | **$126,315.76** |

## Bankruptcy Notice

Our records reflect that you are presently a debtor in an active bankruptcy case or you previously received a discharge in bankruptcy. This statement is being sent to you for informational purposes only. It should not be construed as an attempt to collect a debt against you personally. However, we retain our rights under the security instrument, including the right to foreclose our lien.

## Account Information

| | |
|---|---|
| Outstanding Principal Balance | $162,748.11 |
| Deferred Amount | $0.00 |
| Interest Rate | 7% |
| Prepayment Penalty | N |
| Unapplied Funds | $0.00 |

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $123.24 |
| Interest | $894.48 |
| Escrow (Taxes and Insurance) | $92.79 |
| **Regular Monthly Payment** | **$1,110.51** |
| Total Fees & Charges | $4,928.21 |
| Unpaid Past Payments | $120,277.04 |
| **Total Amount*** | **$126,315.76** |

Payments will be applied in order that they become due (oldest first) unless bankruptcy or other court ordered payment plan is in place.
*Total amount due may not include recoverable fees not yet charged to the account, and may not include unapplied funds/totals not yet applied to the account.

## Past Payments Breakdown

| | Paid Last Bill | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Fees & Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)** | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Important Messages

**Partial Payments: Any partial payment that you make is not applied to your mortgage payment, but instead is held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

*This is your Principal Balance only, not the amount required to pay your loan in full. Please contact Customer Service for your exact payoff balance. In the event you are in default or foreclosure, you must contact 1.877.251.0990 for payoff information.

## **Delinquency Notice**

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure – the loss of your home. As of 12/16/16 you are 3090 days delinquent on your mortgage.

*Recent Account History:*

- Payment due: 07/01/16: Unpaid balance of $1,089.02
- Payment due: 08/01/16: Unpaid balance of $1,089.02
- Payment due: 09/01/16: Unpaid balance of $1,089.02
- Payment due: 10/01/16: Unpaid balance of $1,089.02
- Payment due: 11/01/16: Unpaid balance of $1,089.02
- Payment due: 12/01/16: Unpaid balance of $1,089.02
- Current payment due 07/01/08: $1,110.51
- **Total: $126,315.76 due.**

**If you are experiencing Financial Difficulty: See Back for information about mortgage counseling or assistance.**

Please be advised, we have made the first notice or filing required by applicable law to start the judicial or non-judicial foreclosure process.

BAYVIEW LOAN SERVICING, LLC
PO BOX 650091
DALLAS, TX 75265-0091

Please include the loan number on your check. If we cannot clearly associate the check with a single loan, it may delay or prohibit us from crediting your account.

**Borrower** HAYDEE M LILLY
**Loan Number** [redacted]952
**Total Amount** $126,315.76

If you are currently a party in a bankruptcy case and you choose to make a voluntary payment, detach and return bottom remittance portion with your payment. Make checks payable to Bayview Loan Servicing.

**Payment Due 07/01/08**

BAYVIEW LOAN SERVICING, LLC
PO BOX 650091
DALLAS, TX 75265-0091

Please indicate additional funds. Excess funds received by BLS without explicit application instructions, will be posted based on BLS internal payment hierarchy, which is driven by your loan documents and/or applicable law.

| | |
|---|---|
| **Additional Principal** | $ . |
| **Additional Escrow** | $ . |
| **Other** ________ | $ . |
| **Total Amount Sent** (Please do not send cash) | $ . |

☐ Check here if your address/telephone number has changed and fill out form on reverse side.

**Make check payable to Bayview Loan Servicing.**

Please do not write below this line. Servicing Code: MSP

## How to contact us

www.bayviewloanservicing.com

***The below mailing address must be used for all Error Notices and Information Requests:***

Bayview Loan Servicing, LLC
Customer Service Department
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146

**Customer Service**
Mon – Fri 8:00 am to 9:00 pm ET
Telephone: 1.877.251.0990
Fax: 305.631.5660

**Loan Counseling**
Mon – Fri 8:00 am to 12:00 am ET
Saturday 8:00 am to 5:00 pm ET
Telephone: 1.888.326.7191

**Mail payments to:**
Bayview Loan Servicing, LLC
PO Box 650091
Dallas, TX 75265-0091

**Overnight Payment or Certified Payoff Funds:**
Bayview Loan Servicing, LLC
PO Box 650091
Dallas, TX 75265-0091

**Payoff Request:**
Bayview Loan Servicing
Payoff Department
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146
Fax: 305.644.8102

**Homeowner's Insurance Inquiries**
Mon – Fri 8:00 AM – 7:00 PM ET
Telephone: 877-826-4419
Fax: 248-824-7960

**Real Estate Tax Bills:**
Bayview Loan Servicing, LLC
Tax Department
P.O. Box 331409
Miami, FL 33233-1409
Fax: 305.644.8104

**Insurance or Binder:**
Bayview Loan Servicing, LLC, its successors and/or assigns
PO Box 5933
Troy, MI 48007-5933
Telephone: 877.826.4419
Fax: 248.824.7960

## Additional Payment Methods

Please include your Bayview loan number on all remittance

| | |
|---|---|
| ***Western Union Quick Collect:** | Code City: BFTG Code State: FL (Locate the agent nearest you by calling 1.800.525.6313, or visiting www.westernunion.com) |
| ***MoneyGram:** | Receive Code: 13910 1-800-555-3133; 7 days a week, 24 hours a day |
| ***Wire:** | JP Morgan Chase New York, NY ABA #: 021000021 Account No.: 447450847 |
| **Certified Funds Overnight Mailing Address:** | Bayview Loan Servicing, LLC PO Box 650091 Dallas, TX 75265-0091 |
| ****By Phone:** | 1.877.251.0990 |

**Fees may be imposed by money transmitter.*
***Fees may be imposed by money transmitter, to the extent a fee is imposed, the fee will be $0.50.*

For your convenience, you may have your payment automatically debited every month from the checking or savings account of your choice. To participate in Auto Pay, Bayview's automatic debit program, visit www.bayviewloanservicing.com/autopay.

## Credit Reporting

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Payment Handling

We reserve the right to electronically collect your eligible payment checks, at first presentment and any additional presentment, from the bank account on which the check was drawn. Our receipt of your payment check is authorization for us to collect the amount of the check electronically, or if needed by draft drawn against the bank account. Checks will be collected electronically by sending the check amount along with the check, routing and account numbers to your bank. Your bank account may be debited as early as the same day we receive your payment. The original check will be destroyed and an image maintained for our records.

## Free HUD-approved counseling

If you need further counseling, you can call the Homeowner's HOPE Hotline at 1.888.995.HOPE (4673) or contact us at http://www.consumerfinance.gov/mortgagehelp/. The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.

National Schedule of Fees

| FEE DESCRIPTION | FEE AMOUNT |
|---|---|
| Appraisal<br>An expense charged to the loan to determine the value of the property, which includes an interior inspection of the property. | $350 to $550. |
| Assumption<br>Charge for the work involved with processing a new buyer that is assuming the terms of an existing loan. | 1% of the UPB or $250, whichever i greater. |
| Bankruptcy Fees and Costs | $0 to $5,000 |
| BPO<br>An expense charged to the loan in which a broker's price opinion will be used to determine the value of a property on a delinquent loan. | $0 to $125 |
| Foreclosure Fees and Costs | $0 to $5,000 |
| Late Charge<br>Assessed for payments received after the due date and expiration of any applicable grace period per the loan documents | As stated in the loan documents, subject to state law requirements. |
| Litigation Fees and Costs | Varies depending on the circumstances and is not always charged to the customer's loan, anc but is $0 to $50,000. |
| Non-Sufficient Funds Fee<br>Fee assessed on payments/checks received that are not honored due to insufficient funds. | $0 to $40, or maximum permitted b state law. |
| Partial Release<br>Charge for the processing the release of a portion of the mortgaged property. | Loan balance $300,000 or less – $C loan balance greater than $300,000 less than $750,000 - $500; loan balance greater than $750,000 - $1,000 |
| Pay-by-Phone, Web and IVR Payment Fee<br>Fee charged for processing a payment that is not made within five days of the contractual due date via www.bayviewloanservicing.com or the interactive voice response unit. | $0 to $1.75, subject to state law requirements. |
| Pre-Foreclosure Notice Registration Fee | $0 to $75, subject to state law requirements. |
| Priority Processing (Overnight Delivery)<br>Fee charged if customer requests expedited service. | $0 - $15 |
| Property Inspection | $10 - $15 |
| Property Preservation Fee<br>An expense charged to the loan to ensure that the condition an appearance of the property are maintained satisfactorily. | $0 to $2,500 and $0 to $110 for grass cuts. |
| Title Search<br>An expense charged to the loan for a detailed examination of the historical records concerning the property. | $0 to $500 |
| Quick Payment Fees | $5 |
| Loan Modification Fee | $0 |
| Loss Mitigation Fee | $0 |
| Breach Letter Fees | $0 |

Other Fees Charged (And fees not included above)

| FEE DESCRIPTION | TO |
|---|---|
| Amortization Schedule | $0 |
| Deed of Trust Copy | $0 |
| Document Copy | $0 |
| Loan History | $0 |
| Prepayment Penalty | Per Note |
| Release Recording - Residential | $0 |
| Subordination | $0 |
| Verification of Mortgage for Third Party Requests | $0 |

This chart contains a list of common servicing fees. You may incur additional fees if, for example, your loan becomes delinquent or is subject to litigation (e.g. condemnation proceeding). Such fees may include, but are not limited to, court costs and attorney fees. These fees will vary with the circumstances of the case and the nature of the work performed
**Bayview Loan Servicing, LLC. NMLS #2469**

© 2011 Bayview Loan Servicing, LLC all rights reserved

**Has your address or telephone number changed? Is your social security number incorrect?**
**If so, please complete this and check the box on the front of the coupon.**

Mailing Address: ______________________________

City: ____________________ State: ____________________ Zip: ____________________

Home Phone: ( ) ____________________ Business Phone: ( ) ____________________

Customer Name: *Please Print* ____________________ Social Security Number: ____________________

Customer Name: *Please Print* ____________________ Social Security Number: ____________________

Customer Signature: ____________________ Customer Signature: ____________________

Date: ____________________ Date: ____________________

SXJ6286671R-00C



Bayview Loan Servicing, LLC
P.O. Box 650091
Dallas, TX 75265-0091
www.bayviewloanservicing.com

**Mortgage Statement**

Statement Date: 12/12/16

1.877.251.0990

6998

Haydee M Lilly
Apt 108
5336 Hawks Landing Dr
Fort Myers, FL 33907

| | |
|---|---|
| Account Number | [redacted]7952 |
| Payment Date | 07/01/08 |
| **Total Amount** | **$126,315.76** |

## Bankruptcy Notice

Our records reflect that you are presently a debtor in an active bankruptcy case or you previously received a discharge in bankruptcy. This statement is being sent to you for informational purposes only. It should not be construed as an attempt to collect a debt against you personally. However, we retain our rights under the security instrument, including the right to foreclose our lien.

## Account Information

| | |
|---|---|
| Outstanding Principal Balance | $162,748.11 |
| Deferred Amount | $0.00 |
| Interest Rate | 7% |
| Prepayment Penalty | N |
| Unapplied Funds | $0.00 |

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $123.24 |
| Interest | $894.48 |
| Escrow (Taxes and Insurance) | $92.79 |
| **Regular Monthly Payment** | **$1,110.51** |
| Total Fees & Charges | $4,928.21 |
| Unpaid Past Payments | $120,277.04 |
| **Total Amount*** | **$126,315.76** |

Payments will be applied in order that they become due (oldest first) unless bankruptcy or other court ordered payment plan is in place.
*Total amount due may not include recoverable fees not yet charged to the account, and may not include unapplied funds/totals not yet applied to the account.

## Transaction Activity (06/01/16 to 12/12/16)

| Date | Description | DEBITS | CREDITS |
|---|---|---|---|
| 12/08 | Late Charge | 49.71 | |
| 12/12 | Prior Servicer Balance | | 4878.50 |

## Past Payments Breakdown

| | Paid Last Bill | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Fees & Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)** | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Important Messages

****Partial Payments:** Any partial payment that you make is not applied to your mortgage payment, but instead is held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

*This is your Principal Balance only, not the amount required to pay your loan in full. Please contact Customer Service for your exact payoff balance. In the event you are in default or foreclosure, you must contact 1.877.251.0990 for payoff information.

## **Delinquency Notice**

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure – the loss of your home. As of 12/12/16 you are 3086 days delinquent on your mortgage.

*Recent Account History:*

Payment due: 07/01/16: Unpaid balance of $1,089.02
Payment due: 08/01/16: Unpaid balance of $1,089.02
Payment due: 09/01/16: Unpaid balance of $1,089.02
Payment due: 10/01/16: Unpaid balance of $1,089.02
Payment due: 11/01/16: Unpaid balance of $1,089.02
Payment due: 12/01/16: Unpaid balance of $1,089.02
Current payment due 07/01/08: $1,110.51
**Total: $126,315.76 due.**

**If you are experiencing Financial Difficulty: See Back for information about mortgage counseling or assistance.**

BAYVIEW LOAN SERVICING, LLC
PO BOX 650091
DALLAS, TX 75265-0091

Please include the loan number on your check. If we cannot clearly associate the check with a single loan, it may delay or prohibit us from crediting your account.

**Borrower** HAYDEE M LILLY
**Loan Number** [redacted]7952
**Total Amount** $126,315.76

If you are currently a party in a bankruptcy case and you choose to make a voluntary payment, detach and return bottom remittance portion with your payment. Make checks payable to Bayview Loan Servicing.

**Payment Due 07/01/08**

BAYVIEW LOAN SERVICING, LLC
PO BOX 650091
DALLAS, TX 75265-0091

Please indicate additional funds. Excess funds received by BLS without explicit application instructions, will be posted based on BLS internal payment hierarchy, which is driven by your loan documents and/or applicable law.

| | |
|---|---|
| Additional Principal | $ . |
| Additional Escrow | $ . |
| Other ____________ | $ . |
| Total Amount Sent (Please do not send cash) | $ . |

☐ Check here if your address/telephone number has changed and fill out form on reverse side.

Make check payable to Bayview Loan Servicing.

Please do not write below this line. Servicing Code: MSP

## How to contact us

www.bayviewloanservicing.com

***The below mailing address must be used for all Error Notices and Information Requests:***
Bayview Loan Servicing, LLC
Customer Service Department
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146

**Customer Service**
Mon – Fri 8:00 am to 9:00 pm ET
Telephone: 1.877.251.0990
Fax: 305.631.5660

**Loan Counseling**
Mon – Fri 8:00 am to 12:00 am ET
Saturday 8:00 am to 5:00 pm ET
Telephone: 1.888.326.7191

**Mail payments to:**
Bayview Loan Servicing, LLC
PO Box 650091
Dallas, TX 75265-0091

**Overnight Payment or Certified Payoff Funds:**
Bayview Loan Servicing, LLC
PO Box 650091
Dallas, TX 75265-0091

**Payoff Request:**
Bayview Loan Servicing
Payoff Department
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146
Fax: 305.644.8102

**Homeowner's Insurance Inquiries**
Mon – Fri 8:00 AM – 7:00 PM ET
Telephone: 877-826-4419
Fax: 248-824-7960

**Real Estate Tax Bills:**
Bayview Loan Servicing, LLC
Tax Department
P.O. Box 331409
Miami, FL 33233-1409
Fax: 305.644.8104

**Insurance or Binder:**
Bayview Loan Servicing, LLC, its successors and/or assigns
PO Box 5933
Troy, MI 48007-5933
Telephone: 877.826.4419
Fax: 248.824.7960

## Additional Payment Methods

Please include your Bayview loan number on all remittance

| | |
|---|---|
| ***Western Union Quick Collect:** | Code City: BFTG Code State: FL (Locate the agent nearest you by calling 1.800.525.6313, or visiting www.westernunion.com) |
| ***MoneyGram:** | Receive Code: 13910<br>1-800-555-3133; 7 days a week, 24 hours a day |
| ***Wire:** | JP Morgan Chase New York, NY<br>ABA #: 021000021 Account No.: 447450847 |
| **Certified Funds Overnight Mailing Address:** | Bayview Loan Servicing, LLC<br>PO Box 650091<br>Dallas, TX 75265-0091 |
| ****By Phone:** | 1.877.251.0990 |

**Fees may be imposed by money transmitter.*
***Fees may be imposed by money transmitter; to the extent a fee is imposed, the fee will be $0.50.*

For your convenience, you may have your payment automatically debited every month from the checking or savings account of your choice. To participate in Auto Pay, Bayview's automatic debit program, visit www.bayviewloanservicing.com/autopay.

## Credit Reporting

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Payment Handling

We reserve the right to electronically collect your eligible payment checks, at first presentment and any additional presentment, from the bank account on which the check was drawn. Our receipt of your payment check is authorization for us to collect the amount of the check electronically, or if needed by draft drawn against the bank account. Checks will be collected electronically by sending the check amount along with the check, routing and account numbers to your bank. Your bank account may be debited as early as the same day we receive your payment. The original check will be destroyed and an image maintained for our records.

## Free HUD-approved counseling

If you need further counseling, you can call the Homeowner's HOPE Hotline at 1.888.995.HOPE (4673) or contact us at http://www.consumerfinance.gov/mortgagehelp/. The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.

National Schedule of Fees

| FEE DESCRIPTION | FEE AMOUNT |
|---|---|
| Appraisal<br>An expense charged to the loan to determine the value of the property, which includes an interior inspection of the property. | $350 to $550. |
| Assumption<br>Charge for the work involved with processing a new buyer that is assuming the terms of an existing loan. | 1% of the UPB or $250, whichever is greater. |
| Bankruptcy Fees and Costs | $0 to $5,000 |
| BPC<br>An expense charged to the loan in which a broker's price opinion will be used to determine the value of a property on a delinquent loan. | $0 to $125 |
| Foreclosure Fees and Costs | $0 to $5,000 |
| Late Charge<br>Assessed for payments received after the due date and expiration of any applicable grace period per the loan documents. | As stated in the loan documents, subject to state law requirements. |
| Litigation Fees and Costs | Varies depending on the circumstances and is not always charged to the customer's loan, and but is $0 to $50,000. |
| Non-Sufficient Funds Fee<br>Fee assessed on payments/checks received that are not honored due to insufficient funds. | $0 to $40, or maximum permitted by state law. |
| Partial Release<br>Charge for the processing the release of a portion of the mortgaged property. | Loan balance $300,000 or less – $0, loan balance greater than $300,000 less than $750,000 - $500, loan balance greater than $750,000 - $1,000 |
| Pay-by-Phone, Web and IVR Payment Fee<br>Fee charged for processing a payment that is not made within five days of the contractual due date via www.bayviewloanservicing.com or the interactive voice response unit. | $0 to $1.75, subject to state law requirements. |
| Pre-Foreclosure Notice Registration Fee | $0 to $75, subject to state law requirements. |
| Priority Processing (Overnight Delivery)<br>Fee charged if customer requests expedited service. | $0 - $15 |
| Property Inspection | $10 - $15 |
| Property Preservation Fee<br>An expense charged to the loan to ensure that the condition and appearance of the property are maintained satisfactorily. | $0 to $2,500 and $0 to $110 for grass cuts |
| Title Search<br>An expense charged to the loan for a detailed examination of the historical records concerning the property. | $0 to $500 |
| Quick Payment Fees | $5 |
| Loan Modification Fee | $0 |
| Loss Mitigation Fee | $0 |
| Breach Letter Fees | $0 |

Other Fees Charged (And fees not included above)

| FEE DESCRIPTION | TO |
|---|---|
| Amortization Schedule | $0 |
| Deed of Trust Copy | $0 |
| Document Copy | $0 |
| Loan History | $0 |
| Prepayment Penalty | Per Note |
| Release Recording - Residential | $0 |
| Subordination | $0 |
| Verification of Mortgage for Third Party Requests | $0 |

This chart contains a list of common servicing fees. You may incur additional fees if, for example, your loan becomes delinquent or is subject to litigation (e.g. condemnation proceeding). Such fees may include, but are not limited to, court costs and attorney fees. These fees will vary with the circumstances of the case and the nature of the work performed.
**Bayview Loan Servicing, LLC. NMLS #2469**

© 2011 Bayview Loan Servicing, LLC all rights reserved

**Has your address or telephone number changed? Is your social security number incorrect?**
If so, please complete this and check the box on the front of the coupon.

**Mailing Address:** ______________________

**City:** __________ **State:** __________ **Zip:** __________

**Home Phone:** ( ) __________ **Business Phone:** ( ) __________

**Customer Name:** *Please Print* __________ **Social Security Number:** __________

**Customer Name:** *Please Print* __________ **Social Security Number:** __________

**Customer Signature:** __________ **Customer Signature:** __________

**Date:** __________ **Date:** __________