**Bank of America Home Loans**

BANK OF AMERICA, N.A.
P.O. BOX 26012
NC4-105-02-99
GREENSBORO, NC 27420

# Exhibit D

Account Number: 6821 1043 629699
Page 1 of 2

## Variable Rate Snapshot

Statement Period: 02/06/2012-03/07/2012

| | |
|---|---|
| Previous Outstanding Variable Balance: | $27,054.72 |
| 1) New Outstanding Variable Balance: | $27,127.80 |
| Credit Limit: | $45,000.00 |
| Total Principal Balance: | $26,550.69 |
| Available Credit: | $0.00 |
| Current Payment Due: | $406.91 |
| Past Due Amount: | $2,818.22 |
| Total Minimum Payment Due: | $3,225.13 |
| Payment Due Date: | 04/01/2012 |

Payment shown above does not include any fixed rate loan options. You will receive a separate statement for any fixed rate loan options.

+ 0369245 000214773 09BKH2-P7
GAYLE HELMAN
2825 CASITA WAY APT 207
DELRAY BEACH FL 33445-4596

## Bank of America Equity Maximizer

### Account Summary

| Account Type | Principal Balance | Account Number |
|---|---|---|
| Variable Rate: | $26,550.69 | 6821 1043 629699 |

Information about your transactions are included on the next page of this statement.

### Variable Rate Portion Summary

| | |
|---|---|
| ANNUAL PERCENTAGE RATE | 3.25% |
| Daily Periodic Rate | .0088797% |
| Corresponding Annual Percentage Rate | 3.25% |
| Days in Billing Cycle | 31 |
| Periodic FINANCE CHARGE | $0.00 |
| Other FINANCE CHARGE | $0.00 |
| Outstanding Fees (due upon payoff) | $0.00 |
| Unpaid Late Charges | $0.00 |
| Fees Incurred This Period | $0.00 |
| 6) Outstanding Fee Balance | $0.00 |

### Messages

**If You Are Currently a Debtor in a Bankruptcy:**
This statement is being furnished for informational purposes only and should not be construed as an attempt to collect against you personally. While your obligation to Bank of America, N.A. may be discharged, by operation of law, Bank of America, N.A. has retained the ability to enforce its rights against the property securing this loan should there be a default.

If you are presently involved in Chapter 11 or Chapter 13 proceeding, please be advised that you are required to obey all orders of the Court, including those confirming or modifying the terms of your repayment plan. You may disregard the payment information/coupon below to the extent it conflicts with any order or requirement of the Court.

For more information, please reference the Additional Messages section of the statement.



---

### PAYMENT COUPON

GAYLE HELMAN
2825 CASITA WAY APT 207
DELRAY BEACH FL 33445-4596

| | |
|---|---|
| Equity Maximizer Number: | 6821 1043 629699 |
| Current Payment Due: | $406.91 |
| Past Due Amount: | $2,818.22 |
| Total Minimum Payment Due: | $3,225.13 |
| Payment Due Date: | 04/01/12 |

Please refer to important disclosures, account and payment information found elsewhere on this statement.

| | |
|---|---|
| Minimum Payment Due: | $3,225.13 |
| Additional Principal: | $ |
| Payment Enclosed: | $ |

Bank of America, N.A.
PO Box 26012
NC4-105-02-77
Greensboro, NC 27420-6012

41000000322513  68211043629699  547590808

⑆547590808⑆ 68211043629699⑊

**Bank of America Home Loans**

Equity Maximizer
Account Number: 6821 1043 629699
Page 2 of 2
Statement Period 02/06/2012 - 03/07/2012

GAYLE HELMAN

## Transaction Summary

**Variable Rate Portion:**

| Beginning Outstanding Balance: | $27,054.72 | | Ending Outstanding Balance: | | $27,127.80 |

| Effective Date | Detail | Transaction Total | Principal | Finance Charges | Fees/Chgs/Ins | Principal Balance |
|---|---|---|---|---|---|---|
| 02/06/2012 | Beginning Balance | | | | | $26,550.69 |
| 03/07/2012 | Ending Balance | | | | | $26,550.69 |

## Summary of Fees

**Fees Incurred This Period**
Detail — Total of Fees

Total Fees For This Period — $0.00

**Outstanding Fees Unpaid**
Detail — Total of Fees

Total Outstanding Fees Unpaid — $0.00

Itemization of **FINANCE CHARGES** for this statement period: *NOTE: Any fees whether financed or paid in cash, will cause the ANNUAL PERCENTAGE RATE to be higher than the corresponding ANNUAL PERCENTAGE RATE.

| Type | Variable Rate Portion | Fixed Rate Option 1 | Fixed Rate Option 2 | Fixed Rate Option 3 | Fixed Rate Option 4 | Account Total |
|---|---|---|---|---|---|---|
| Interest resulting from Daily Periodic Rate: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL FINANCE CHARGES: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

### Additional Messages

The interest rate for your next billing cycle will be 3.25%.

During 2011, the combined interest paid on this Line of Credit including the variable rate portion and any related fixed rate options was $531.69

If you do not want us to send you monthly letters in the future, or to receive more information for this loan, please contact us at 1-888-702-1161 Option 1.

1) The amount needed to payoff your loan may be different than the New Outstanding Variable Balance due to daily accrual of finance charges and the posting of transactions after the statement closing date (the last day in the statement period). For payoff information, please call Customer Service at 1-888-702-1161, Option 1.

6) The Outstanding Fee Balance represents loan fees incurred but not paid. For more information, please call Customer Service at 1-888-702-1161 Option 1.

Your payment has changed by $1.09 due to:
- Number of Days in the Billing Cycle changed

### Customer Service Information

**Customer Service:**
1.888.702.1161, Option 1
**Customer Service Hours:**
Monday through Thursday
8:00 a.m. - 7:00 p.m. Eastern
Friday
8:00 a.m. - 5:00 p.m. Eastern

Bank of America N.A.
P.O. Box 26012
NC4-105-02-99
Greensboro, NC 27420



**Billing Rights Summary**
In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown in the Customer Service Information section on Page 1 of your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and your account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special Rule For Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

**Variable Interest Rate or Fixed Interest Rate Daily Principal Balance Calculation.**
To get the variable interest rate or fixed interest rate daily principal balance, we:
START with the beginning principal balance each day,
ADD new checks, advances and any principal adjustments, then
SUBTRACT principal payments and credits.

The ANNUAL PERCENTAGE RATE and the Daily Periodic rate on the front of this Billing Statement are both variable and may vary each Billing Statement period.

**Fixed Rate Option Daily Principal Balance Calculation.**
To get the fixed rate option daily principal balance, we:
START with the beginning principal balance each day,
ADD, only for the first statement period, the converted amount, and if financed, any fixed rate option conversion fee, and any principal adjustments, then SUBTRACT principal payments and credits.

**Finance Charge Calculation. Daily Principal Balance Method (including current transactions).**
The daily FINANCE CHARGE is calculated by multiplying the daily periodic rate by the Variable Rate or Fixed Rate Daily Principal Balance for each day in your Statement Period. If your Account includes any fixed rate options, a separate calculation is required for the Variable Rate Daily Principal Balance and for each Fixed Rate Option Daily Principal Balance. Then all of the daily FINANCE CHARGES are added, along with any fixed rate option conversion fees, to get the total FINANCE CHARGES for your Statement Period.

There is not a grace period within which you can pay off any principal balance of your Account without accruing a daily FINANCE CHARGE.

**Payment Receipt Information.** For a payment to be credited to your Account on the same business day received, the payment coupon and the payment must be mailed to the payment mailing address shown on the payment coupon and received by Bank of America, N.A. at the address by 5:00 p.m. in the time zone where the payment is to be mailed. Payments by overnight private courier received by 5:00 p.m. on business days in the time zone where the payment is delivered, to the address you obtain through Customer Service at the telephone number shown on page 1, will be credited to your Account as of the date received. Payments made in a Bank of America, N.A. banking center (non-ATM) by 5:00 p.m. in the time zone where the banking center is located, with a receipt given for payment, will be credited to your Account as if received on that business day. Payments made through Bank of America Online Banking will be credited to your account on the date received, provided the consumer's instruction is not received after 11:59 P.M. Eastern, in which case the payment will be credited on the next business day. Payments received and accepted by Bank of America, N.A. from any other location, including a payment received at a Bank of America, N.A. ATM or through any bill paying service, or in any other nonstandard form, will be credited to your Account within five (5) days of receipt. All payments sent to Bank of America, N.A. must be in the form of a check or money order (drawn in United States dollars and payable by a United States financial institution or the United States Post Office) made payable to Bank of America, N.A.

**IMPORTANT CREDIT BUREAU REPORTING INFORMATION REQUIRED BY FEDERAL LAW TO BE DISCLOSED TO YOU. WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.**

**Please DO NOT send payments to the Customer Service address. See the Payment Mailing Address on the Payment Coupon.**
Change of Address. Please call the Customer Service telephone number on the front of your statement to tell us about a change of address.

Bank of America, N.A., Member FDIC. © 2011 Bank of America Corporation. Equal Housing Lender

## Billing Rights Summary

**In Case of Errors or Questions About Your Bill**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown in the Customer Service Information section on Page 1 of your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and your account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special Rule For Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

**Variable Interest Rate or Fixed Interest Rate Daily Principal Balance Calculation.**
To get the variable interest rate or fixed interest rate daily principal balance, we:
START with the beginning principal balance each day.
ADD new checks, advances and any principal adjustments, then
SUBTRACT principal payments and credits.
The ANNUAL PERCENTAGE RATE and the Daily Periodic rate on the front of this Billing Statement are both variable and may vary each Billing Statement period.

**Fixed Rate Option Daily Principal Balance Calculation.**
To get the fixed rate option daily principal balance, we:
START with the beginning principal balance each day.
ADD, only for the first statement period, the converted amount, and if financed, any fixed rate option conversion fee, and any principal adjustments, then SUBTRACT principal payments and credits.

**Finance Charge Calculation. Daily Principal Balance Method (including current transactions).**
The daily FINANCE CHARGE is calculated by multiplying the daily periodic rate by the Variable Rate or Fixed Rate Daily Principal Balance for each day in your Statement Period. If your Account includes any fixed rate options, a separate calculation is required for the Variable Rate Daily Principal Balance and for each Fixed Rate Option Daily Principal Balance. Then all of the daily FINANCE CHARGES are added, along with any fixed rate option conversion fees, to get the total FINANCE CHARGES for your Statement Period.

There is not a grace period within which you can pay off any principal balance of your Account without accruing a daily FINANCE CHARGE.

**Payment Receipt Information.** For a payment to be credited to your Account on the same business day received, the payment coupon and the payment must be mailed to the payment mailing address shown on the payment coupon and received by Bank of America, N.A. at the address by 5:00 p.m. in the time zone where the payment is to be mailed. Payments by overnight private courier received by 5:00 p.m. on business days in the time zone where the payment is delivered, to the address you obtain through Customer Service at the telephone number shown on page 1, will be credited to your Account as of the date received. Payments made in a Bank of America, N.A. banking center (non-ATM) by 5:00 p.m. in the time zone where the banking center is located, with a receipt given for payment, will be credited to your Account as if received on that business day. Payments made through Bank of America Online Banking will be credited to your account on the date received, provided the consumer's instruction is not received after 11:59 P.M. Eastern, in which case the payment will be credited on the next business day. Payments received and accepted by Bank of America, N.A. from any other location, including a payment received at a Bank of America, N.A. ATM or through any bill paying service, or in any other nonstandard form, will be credited to your Account within five (5) days of receipt. All payments sent to Bank of America, N.A. must be in the form of a check or money order (drawn in United States dollars and payable by a United States financial institution or the United States Post Office) made payable to Bank of America, N.A.

**IMPORTANT CREDIT BUREAU REPORTING INFORMATION REQUIRED BY FEDERAL LAW TO BE DISCLOSED TO YOU. WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.**

Please **DO NOT** send payments to the Customer Service address. See the Payment Mailing Address on the Payment Coupon.
Change of Address. Please call the Customer Service telephone number on the front of your statement to tell us about a change of address.

Bank of America, N.A., Member FDIC. © 2011 Bank of America Corporation. Equal Housing Lender